104 So.2d 332

### UNITED STATES STEEL CORP.
v.
### Leslie E. CASE, Jr., et al.
#### 6 Div. 307.

Supreme Court of Alabama.

June 19, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for petitioner.

Cooper, Mitch & Black, Birmingham, opposed.

STAKELY, Justice.

Petition of United States Steel Corporation for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United States Steel Corp. v. Case, 104 So.2d 332.

The writ is denied on the authority of United States Steel Corporation v. Goodwin, ante, p. 612, 104 So.2d 333.

Writ denied.

SIMPSON, MERRILL and COLEMAN, JJ., concur.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., dissent.

104 So.2d 329

### UNITED STATES STEEL CORP.
v.
### W. T. GARRIS et al.
#### 6 Div. 301.
Supreme Court of Alabama.

June 19, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for petitioner.

Jenkins & Cole, Birmingham, opposed.

SIMPSON, Justice.

Petition of United States Steel Corporation for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United States Steel Corp. v. Garris, 104 So.2d 327.

The writ is denied on the authority of United States Steel Corporation v. Goodwin, ante, p. 612, 104 So.2d 333.

Writ denied.

STAKELY, MERRILL, and COLEMAN, JJ., concur.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., dissent.